CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JAN 15 PM 1:13

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6-14CR-006-C |
| JAMES JONES | § § | |

### INDICTMENT

The Grand Jury Charges:

#### Introduction

1. **James Jones**, defendant, is a resident of the Northern District of Texas, San Angelo Division.

2. At all times relevant to this Indictment, International Brotherhood of Electrical Workers 898 ("IBEW 898") was a Labor Organization as defined in the Labor-Management Reporting and Disclosure Act of 1959.

3. At all times relevant to this Indictment, **Jones** was an officer of and was employed by IBEW 898, located in San Angelo, Texas.

4. At all times relevant to this Indictment, IBEW 898 was a party to a Joint Apprenticeship Training Committee (JATC), which established and maintained a trust to fund local apprenticeship and training programs and activities.

5. **Jones** served as a trustee to the JATC trust fund.

James Jones
Indictment - Page 1

6. **Jones** used his position as a trustee of the JATC trust fund to access the JATC trust accounts and to take, without authorization, approximately $8,159.59 from the JATC trust accounts for his own use and enjoyment.

7. **Jones** used his position as the Business Manager/Financial Secretary of IBEW 898 to access the financial accounts of IBEW 898 and to take, without authorization, approximately $3,391.48 for his own use and enjoyment.

<u>Count One</u>
Embezzlement of Union Assets
(29 U.S.C. § 501(c))

1. The Grand Jury adopts and realleges all of the allegations contained in Introduction of this indictment as though fully set forth herein.

2. Beginning in or about February 2005 and continuing to in or around April 2012, in the San Angelo Division of the Northern District of Texas, and elsewhere, **James Jones**, defendant, while an officer of International Brotherhood of Electrical Workers 898, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully convert to his own use the moneys, funds, property and assets of a labor organization of which he was an officer and by which he was directly and indirectly employed.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AMANDA R. BURCH
Assistant United States Attorney
Texas State Bar No. 24031900
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:   806.472.7351
Facsimile:    806.472.7394
E-Mail:         amy.burch@usdoj.gov

James Jones
Indictment - Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

V.

JAMES JONES

INDICTMENT

29 U.S.C. § 501(c)
Embezzlement of Union Assets

(1 COUNT)

A true bill rendered:

Lubbock                              *[signature]*                              FOREPERSON

Filed in open court this ___15th___ day of January, A.D. 2014.

Clerk

SUMMONS TO ISSUE

*[signature]*
UNITED STATES MAGISTRATE JUDGE